UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL TRIMBLE<br><br>            Plaintiff,<br><br>      v.<br><br>ABDON, et al.,<br><br>            Defendants. | Case No.: 1:14-cv-01856-BAM (PC)<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION WITHIN TWENTY-ONE DAYS<br><br>(ECF No. 15) |

Plaintiff Daniel Trimble ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action currently proceeds on Plaintiff's first amended complaint against Defendants Cerado, Dulcich and Comstock for deliberate indifference to serious medical needs in violation of the Eighth Amendment and against Defendant Abdon for medical malpractice.

On September 28, 2015, Defendants filed a motion to dismiss Plaintiff's complaint under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim, and under Rule 12(b)(1) for lack of subject matter jurisdiction and Colorado River abstention. (ECF No. 15.) Plaintiff's opposition was due on or before October 22, 2015. To date, Plaintiff has not filed an opposition.

Pursuant to Local Rule 230(l), Plaintiff is HEREBY ORDERED to file an opposition or a statement of non-opposition to Defendant's motion within **twenty-one (21)** days. Plaintiff is warned

1

1  <u>that the failure to comply with this order will result in dismissal of this action, with prejudice, for
2  failure to prosecute</u>.

3

4  IT IS SO ORDERED.

5      Dated:   **October 29, 2015**                    /s/ *Barbara A. McAuliffe*
6                                                   UNITED STATES MAGISTRATE JUDGE