UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL TRIMBLE<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ABDON, et al.,<br><br>　　　　Defendants. | Case No.: 1:14-cv-01856-BAM (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND FAILURE TO OBEY COURT ORDER<br><br>(ECF No. 21) |

　　　　Plaintiff Daniel Trimble ("Plaintiff") is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action currently proceeds on Plaintiff's first amended complaint against Defendants Cerado, Dulcich and Comstock for deliberate indifference to serious medical needs in violation of the Eighth Amendment and against Defendant Abdon for medical malpractice. All parties have consented to magistrate judge jurisdiction for all purposes. (ECF Nos. 6, 20.)

　　　　On September 28, 2015, Defendants filed a motion to dismiss Plaintiff's complaint under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim, and under Rule 12(b)(1) for lack of subject matter jurisdiction and Colorado River abstention. (ECF No. 15.) Plaintiff's opposition was due on or before October 22, 2015. Plaintiff filed no opposition, and thus on October 29, 2015, Plaintiff was ordered to file an opposition or a statement of non-opposition to Defendants' motion

1

within twenty-one (21) days. (ECF No. 21.) Plaintiff was also expressly warned that the failure to comply with that order would result in dismissal of his action, with prejudice, for failure to prosecute. (Id. at 1-2.) To date, Plaintiff has not complied with that order, nor has he otherwise been in contact with the Court. Plaintiff will be permitted one final opportunity to show cause why this action should not be dismissed with prejudice.

Accordingly, it is HEREBY ORDERED that Plaintiff shall show cause by WRITTEN response within **fourteen (14) days** of service of this order why this action should not be dismissed, with prejudice, for failure to obey the Court's order and for failure to prosecute. **Plaintiff is warned that if the response does not show GOOD CAUSE, this matter will be dismissed with prejudice.**

IT IS SO ORDERED.

Dated:   **February 26, 2016**                    /s/ *Barbara A. McAuliffe*
                                                 UNITED STATES MAGISTRATE JUDGE